IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY KIRK, | : | Civil Action No. 4:13-CV-02735 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CAROLYN COLVIN,<br>*Commissioner of Social Security,* | : | (Magistrate Judge Cohn) |
| Defendant. | : | |

## ORDER

AND NOW, this 8th day of October, 2015, having reviewed the thorough report and recommendation of Magistrate Judge Gerald B. Cohn, to which Plaintiff did not file objections, the report and recommendation of the Magistrate Judge is ADOPTED. September 4, 2015 ECF No. 20. The decision of the Commissioner is AFFIRMED. Final judgment is entered in favor of the Commissioner and against Plaintiff.

The Clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1